AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Horn, Marian B. | 2. Court or Organization<br><br>United States Court of Federal Claims | 3. Date of Report<br><br>09/16/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

| 7. Chambers or Office Address<br><br>717 Madison Place NW<br>Washington, DC 20439 |
|---|

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor of Law | George Washington University Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | GW Univ. Law School - Teaching | $21,020.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | DTE Engergy Co. - Pension |
| 2. 2016 | Husch Blackwell-salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Horn, Marian B.** | 09/16/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Visa and Master Cards | Credit Card Loans | K |
| 2. | pnc | PNC Business Loan | N |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 09/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ⬚ Husch Blackwell 401k Vanguard Inst Trust 2020-X | A | Dividend | J | T | Buy (add'l) | 08/16/16 | J | | |
| 2. | | | | | Buy (add'l) | 09/01/16 | J | | |
| 3. | | | | | Buy (add'l) | 09/16/16 | J | | |
| 4. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 5. | | | | | Buy (add'l) | 10/17/16 | J | | |
| 6. | | | | | Buy (add'l) | 10/27/16 | J | | |
| 7. | | | | | Buy (add'l) | 11/01/16 | J | | |
| 8. | | | | | Buy (add'l) | 11/16/16 | J | | |
| 9. | | | | | Buy (add'l) | 12/01/16 | J | | |
| 10. | | | | | Buy (add'l) | 12/16/16 | J | | |
| 11. | | | | | | | | | |
| 12. ⬚ Morgan Stanley Smith Barney IRA Account | C | Dividend | O | T | | | | | |
| 13. -Citibank NA So. Dakota Bank Deposit Program | A | Interest | L | T | | | | | |
| 14. -Abbott | A | Dividend | K | T | | | | | |
| 15. -Abbvie Inc. | A | Dividend | K | T | | | | | |
| 16. -Alcoa-Y | A | Dividend | J | T | | | | | |
| 17. Alphabet A formerly Google A | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 09/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Alphabet B formerly Google B | | None | M | T | | | | | |
| 19. -Berkshire Hathaway Inc. CL- B New | | None | M | T | | | | | |
| 20. -Centurylink (Y) | | | | | | | | | |
| 21. -Cisco Sys | A | Dividend | K | T | | | | | |
| 22. -Ebay | | None | K | T | | | | | |
| 23. -Interdigital | B | Dividend | M | T | Sold (part) | 09/12/16 | K | E | |
| 24. -JP Morgan Chase | A | Dividend | J | T | | | | | |
| 25. -Merck | A | Dividend | J | T | | | | | |
| 26. -Pay Pal (X) | | None | K | T | | | | | |
| 27. -Pfizer | A | Dividend | J | T | | | | | |
| 28. Virnext Holdings -X | | None | | | Buy | 01/20/16 | J | | |
| 29. | | | | | Sold | 02/18/16 | J | C | |
| 30. | | | | | Buy | 03/04/16 | J | | |
| 31. | | | | | Sold | 03/08/16 | J | | |
| 32. | | | | | Buy | 06/13/16 | J | | |
| 33. | | | | | Buy | 06/14/16 | J | | |
| 34. | | | | | Sold | 06/17/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 09/16/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -Wells Fargo | A | Dividend | J | T | | | | | |
| 36.  -[redacted] Morgan Stanley Smith Barney PM IRA Account | | | | | | | | | |
| 37. | | | | | | | | | |
| 38.  -Citibank NA So. Dakota Bank Deposit Program | A | Interest | K | T | | | | | |
| 39.  -Black Rock Equity Div | A | Dividend | J | T | Sold (part) | 01/07/16 | J | | |
| 40. | | | | | Sold (part) | 01/05/16 | J | | |
| 41. | | | | | Sold (part) | 01/20/16 | J | | |
| 42.  -Fidelity Adv Biotechnology | | None | | | Sold (part) | 01/07/16 | J | A | |
| 43. | | | | | Sold (part) | 01/15/16 | J | A | |
| 44. | | | | | Sold (part) | 01/20/16 | J | A | |
| 45. | | | | | Sold | 02/17/16 | J | | |
| 46.  First Trust Europe-Y | A | Dividend | J | T | Sold (part) | 01/07/16 | J | | |
| 47. | | | | | Sold (part) | 01/15/16 | J | | |
| 48. | | | | | Sold (part) | 01/20/16 | J | | |
| 49.  First Eagle Global 1-Y | | None | | | Sold (part) | 01/07/16 | J | | |
| 50. | | | | | Sold (part) | 01/15/16 | J | | |
| 51. | | | | | Sold (part) | 01/20/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 09/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 02/11/16 | J | | |
| 53.    -ING (Voya) Global Real Estate | | None | | | Sold (part) | 01/07/16 | J | A | |
| 54. | | | | | Sold (part) | 01/15/16 | J | A | |
| 55. | | | | | Sold (part) | 01/20/16 | J | | |
| 56. | | | | | Sold | 02/11/16 | J | | |
| 57.    -Investco Developing Mkts | | None | J | T | Sold (part) | 01/07/16 | J | | |
| 58. | | | | | Sold (part) | 01/15/16 | J | | |
| 59. | | | | | Sold (part) | 01/20/16 | J | | |
| 60.    -Ivy Mid-Cap Growth | | None | | | Sold (part) | 01/07/16 | J | | |
| 61. | | | | | Sold (part) | 01/15/16 | J | | |
| 62. | | | | | Sold (part) | 01/20/16 | J | | |
| 63. | | | | | Sold | 02/11/16 | J | | |
| 64.    -Ivy Science and Tech | | None | | | Sold (part) | 01/07/16 | J | A | |
| 65. | | | | | Sold (part) | 01/15/16 | J | A | |
| 66. | | | | | Sold (part) | 01/20/16 | J | A | |
| 67. | | | | | Sold | 02/11/16 | J | | |
| 68.    -MFS Value | A | Dividend | J | T | Sold (part) | 01/07/16 | J | B | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000         L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                                                      P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal              R =Cost (Real Estate Only)   S =Assessment             T =Cash Market
   (See Column C2)             U =Book Value             V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 09/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 01/15/16 | J | A | |
| 70. | | | | | Sold (part) | 01/20/16 | J | A | |
| 71.   -MFS International | | None | | | Sold (part) | 01/07/16 | J | | |
| 72. | | | | | Sold (part) | 01/15/16 | J | | |
| 73. | | | | | Sold (part) | 01/20/16 | J | | |
| 74. | | | | | Sold | 02/11/16 | J | | |
| 75.   -Oppenheimer Intl Growth | | None | | | Sold (part) | 01/07/16 | J | A | |
| 76. | | | | | Sold (part) | 01/15/16 | J | A | |
| 77. | | | | | Sold (part) | 01/20/16 | J | A | |
| 78. | | | | | Sold | 02/11/16 | J | A | |
| 79.   -PIMCO All Asset | A | Dividend | J | T | Sold (part) | 01/07/16 | J | | |
| 80. | | | | | Sold (part) | 01/15/16 | J | | |
| 81. | | | | | Sold (part) | 01/20/16 | J | | |
| 82.   -Prudential Total Rtn Bond | A | Dividend | J | T | Sold (part) | 01/07/16 | J | A | |
| 83. | | | | | Sold (part) | 01/15/16 | J | A | |
| 84. | | | | | Sold (part) | 01/20/16 | J | A | |
| 85.   Putnam Short Duration IncomeX | A | Dividend | K | T | Buy | 05/17/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 09/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   -Royce Total Return | A | Dividend | J | T | Sold (part) | 01/07/16 | J | | |
| 87. | | | | | Sold (part) | 01/15/16 | J | | |
| 88. | | | | | Sold (part) | 01/20/16 | J | | |
| 89.   -Templeton Glb Tot Rtn | A | Dividend | | | Sold (part) | 01/07/16 | J | A | |
| 90. | | | | | Sold (part) | 01/15/16 | J | A | |
| 91. | | | | | Sold (part) | 01/20/16 | J | | |
| 92. | | | | | Sold | 02/11/16 | J | A | |
| 93.   -Touchstone SandsnCap Sel | A | Dividend | J | T | Sold (part) | 01/07/16 | J | A | |
| 94. | | | | | Sold (part) | 01/15/16 | J | A | |
| 95. | | | | | Sold (part) | 01/20/16 | J | A | |
| 96.   Morgan Stanley Smith Barney IRA Account | | | | | | | | | |
| 97.   -Citibank NA So. Dakota Bank Deposit Program | A | Interest | K | T | | | | | |
| 98.   DHSLSX-Diamond Hills L/S | A | Dividend | J | T | Sold (part) | 01/17/16 | J | | |
| 99. | | | | | Sold (part) | 01/15/16 | J | | |
| 100. | | | | | Sold (part) | 01/20/16 | J | | |
| 101.   DIA-SPDR DJIA Trust | A | Dividend | J | T | Sold (part) | 01/07/16 | J | | |
| 102. | | | | | Sold (part) | 01/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 09/16/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 01/20/16 | J | | |
| 104. DXI-WT Japan Hedged | | None | | | Sold (part) | 01/07/16 | J | | |
| 105. | | | | | Sold (part) | 01/15/16 | J | | |
| 106. | | | | | Sold (part) | 01/20/16 | J | | |
| 107. | | | | | Sold | 02/11/16 | J | | |
| 108. IWD-iS R 1000 Value | A | Dividend | J | T | Sold (part) | 01/07/16 | J | | |
| 109. | | | | | Sold (part) | 01/15/16 | J | | |
| 110. | | | | | Sold (part) | 01/20/16 | J | | |
| 111. IWF-iS 1000Growth | A | Dividend | J | T | Sold (part) | 01/07/16 | J | A | |
| 112. | | | | | Sold (part) | 01/15/16 | J | | |
| 113. | | | | | Sold (part) | 01/20/16 | J | | |
| 114. IWN-iS R 2000 Value | | None | | | Sold (part) | 01/07/16 | J | | |
| 115. | | | | | Sold (part) | 01/15/16 | J | | |
| 116. | | | | | Sold (part) | 01/20/16 | J | | |
| 117. | | | | | Sold | 02/11/16 | J | | |
| 118. IWO-iS R 2000 Growth | | None | | | Sold (part) | 01/07/16 | J | | |
| 119. | | | | | Sold (part) | 01/15/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 09/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 01/20/16 | J | | |
| 121. | | | | | Sold | 02/11/16 | J | | |
| 122.  IWP-iS R Mid-Cap Growth | | None | | | Sold (part) | 01/07/16 | J | | |
| 123. | | | | | Sold (part) | 01/15/16 | J | | |
| 124. | | | | | Sold (part) | 01/20/16 | J | | |
| 125. | | | | | Sold | 02/11/16 | J | | |
| 126.  IWS-iS Mid Cap Value | A | Dividend | | | Sold (part) | 01/07/16 | J | | |
| 127. | | | | | Sold (part) | 01/15/16 | J | | |
| 128. | | | | | Sold (part) | 01/20/16 | J | | |
| 129. | | | | | Sold | 02/11/16 | J | | |
| 130.  IYW-iS US Technology | | None | | | Sold (part) | 01/07/16 | J | | |
| 131. | | | | | Sold (part) | 01/15/16 | J | | |
| 132. | | | | | Sold (part) | 01/20/16 | J | | |
| 133. | | | | | Sold | 02/11/16 | J | | |
| 134.  Putnam short Duration Income-X | A | Dividend | K | T | Buy | 01/20/16 | K | | |
| 135.  QAI-IQ Hedge Multi-Strat | A | Dividend | J | T | Sold (part) | 1/07/16 | J | | |
| 136. | | | | | Sold (part) | 01/15/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 09/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 01/20/16 | J | | |
| 138. SPY-SPDR S&P 500 | A | Dividend | J | T | Sold (part) | 01/07/16 | J | A | |
| 139. | | | | | Sold (part) | 01/15/16 | J | A | |
| 140. | | | | | Sold (part) | 01/20/16 | J | A | |
| 141. WDTI-WT MGD Futures | | None | J | T | Sold (part) | 01/07/16 | J | A | |
| 142. | | | | | Sold (part) | 01/15/16 | J | A | |
| 143. | | | | | Sold (part) | 01/20/16 | J | A | |
| 144. XLV-Health Care SPDR | | None | | | Sold (part) | 01/07/16 | J | A | |
| 145. | | | | | Sold (part) | 01/15/16 | J | A | |
| 146. | | | | | Sold (part) | 01/20/16 | J | A | |
| 147. | | | | | Sold | 02/11/16 | J | A | |
| 148. | | | | | | | | | |
| 149. Morgan Stanley Smith Barney IRA Account | B | Interest | K | T | | | | | |
| 150. Citi Bank Deposit - Cash | A | Interest | J | T | | | | | |
| 151. -DTE Energy | A | Dividend | J | T | | | | | |
| 152. - Ebay | | None | J | T | | | | | |
| 153. Pay Pal (X) | | None | J | T | | | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 09/16/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. QQQ-NASDAQ 100 ETF (X) | A | Dividend | J | T | | | J | B | |
| 155. -Templeton Emerg Markets Fund | A | Dividend | | | Sold (part) | 12/22/16 | J | B | |
| 156. | | | | | Sold | 12/23/16 | J | A | |
| 157. (H) Morgan Stanley Smith Barney Brokerage Account | | None | J | T | | | | | |
| 158. -Citibank NA So. Dakota Bank Deposit Program | A | Interest | J | T | | | | | |
| 159. Stamp Collection | | None | N | T | | | | | |
| 160. Residential Property, Washington, DC | D | Rent | N | W | | | | | |
| 161. Residential Property, Ft Lauderdale Fla (X) | D | Rent | O | W | | | | | |
| 162. -Marshall Prime Money Market CLI | A | Interest | | | Merged (with line 12) | 07/27/16 | L | | |
| 163. The Carbon Project | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 09/16/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marian B. Horn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544